[No. 21162-9-II.    Division Two.    August 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
SHAWNAVON BERNARD HORNE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01809-2, Nile E. Aubrey, J., entered August 21, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.


[No. 21271-4-II.    Division Two.    August 1, 1997.]

*In the Matter of the Welfare of* E.B. and A.B.

LARRY BARKER, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-7-00188-4, H. Haarmann, J. Pro Tem., entered September 13, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.


[No. 21451-2-II.    Division Two.    August 1, 1997.]

*In the Matter of the Welfare of* R.L.F.

NISSA FLEMING, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-7-00133-7, H. Haarmann, J. Pro Tem., entered November 18, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Seinfeld, J.